# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2020

160594(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERICK ROSEAN ALLEN,
      Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160594
COA: 343225
Macomb CC: 17-243894-FH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply brief is GRANTED. The reply brief submitted on December 14, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2020



Clerk